In the Matter of the Application of RAYMOND APOLLONIO, Judgment Creditor and Equitable Lienor for the Removal of CHARLES CHAMBERS as Successor Trustee under the Will of JAMES CHAMBERS, Deceased, Respondent; CHARLES CHAMBERS, Appellant.— In a proceeding instituted (Real Prop. Law, § 112, subd. 2) for the removal of the surviving trustee of a trust of real property created by the last will and testament of James Chambers, the elder, deceased, and for other relief (Real Prop. Law, § 111), order removing such surviving trustee from

office, appointing a new trustee and awarding other relief, affirmed, with ten dollars costs and disbursements to the respondent, payable by the appellant personally. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.